UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WHEEL SPECIALTIES, LTD.,   ) | CASE NO.4:10CV2460 |
| d/b/a Custom Wheels Unlimited  ) | |
| ) | |
| Plaintiff,   ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| vs.   ) | |
| ) | |
| STARR WHEEL GROUP, INC., ET AL  ) | OPINION AND ORDER |
| ) | |
| Defendant.   ) | |

**CHRISTOPHER A. BOYKO, J:**

Upon further consideration, the Court will stay ruling on Defendant Baody's Motion for Attorney Fees (ECF # 41), until Plaintiff's appeal is resolved. Therefore, the Motion is stayed pending appeal.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

DATED: May 10, 2012